

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

February 23, 1966

Honorable Homer Garrison, Jr.
Director
Department of Public Safety
Austin, Texas

Opinion No. C-623

Re: Construction of Article
6687b, Section 1(n), V.C.S.
and Article 6687b, Section 3,
Subsection 4a, as to whether
the operators of certain enu-
merated motor vehicles and
combinations of such vehicles
and trailers are required to
have a commercial operator's
license.

Dear Sir:

In your opinion request you ask whether or not an operator of a pickup truck, panel delivery truck, station wagon, carry-all truck or passenger automobile when operated in combination with a trailer or trailers, is required to have a commercial operator's license, when operating such combination for commercial or delivery purposes.

Acts, 59th Legislature, 1965, Chapter 350, P. 752, which amends Article 6687b, Section 3, Subsection 4a, Vernon's Civil Statutes, provides as follows:

"A person operating a truck with a manufacturer's rated carrying capacity not to exceed 2,000 pounds, which is in- tended to include trucks commonly known as pickup trucks, panel delivery trucks, station wagons, and carry-all trucks, who holds an operator's license shall not be required to obtain a commercial operator's license." (Emphasis added.)

It is the opinion of this office that the addition of a trailer or trailers to one of the enumerated vehicles does not alter the manufacturer's rated carrying capacity; therefore, the operator of such vehicle is not required to obtain a commercial operator's license when he holds an operator's license.

### SUMMARY

A person operating a pickup truck,

panel delivery truck, station wagon or carry-all truck with a manufacturer's rated carrying capacity of 2,000 pounds or less is not required to obtain a commercial operator's license when he holds an operator's license regardless of whether or not said vehicle is operated in combination with one or more trailers.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: ROBERT E. OWEN
Assistant Attorney General

REO/bd/br

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Carlos Vela
Malcolm Quick
Pat Bailey
Sam L. Kelley

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright